UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Respondent,<br><br>　　v.<br><br>TYNISHA MARIE HORNBUCKLE,<br><br>　　　　Movant. | No. 2:11-cr-0327 MCE AC<br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255. ECF No. 196. In the motion, movant asserts that she is entitled to relief because defense counsel refused her request to file a petition for certiorari with the United States Supreme Court and her agreement to plead guilty was "unlawfully induced or was not made voluntarily or with understanding of the nature of the charge and the consequences of the plea." Id. at 4. Since movant may be entitled to the requested relief if she can establish a violation of her constitutional rights, respondent will be directed to file a response to the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent is directed to file a response to petitioner's motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255 (ECF No. 196) within thirty days from the date of this order. See Rule 4, Rules Governing Section 2255 Proceedings.

1       2. If the response is an answer, respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Rule 5, Rules Governing Section 2255 Proceedings.  Movant's traverse, if any, shall be filed and served within thirty days after service of the answer.

        3. If the response is a motion, movant's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fourteen days thereafter.

        4. The Clerk of the Court shall serve a copy of this order, together with a copy of movant's motion, on the United States Attorney or his authorized representative.

DATED: October 19, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE