UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>    v.<br><br>Tynisha Marie Hornbuckle,<br><br>            Defendant. | No. 2:11-cr-00327-KJM<br><br>ORDER |

Defendant Tynisha Hornbuckle moves pro se for a recommendation that she be enrolled in the Bureau of Prison's residential drug abuse program. ECF No. 244. The previously assigned district judge appears to have made the recommendation she requests. *See* Judgment & Commitment at 2, ECF No. 159 ("The Court recommends the defendant participate in the 500-Hour Bureau of Prisons Substance Abuse Treatment Program"). The motion is therefore **denied as moot**.

IT IS SO ORDERED.

DATED: May 16, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

1